```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
THE GUARDIAN LIFE INSURANCE         :
COMPANY OF AMERICA,
                                    :
            Plaintiff,                      ORDER
                                    :
       -against-                            09 Civ. 891 (LBS)(MHD)
                                    :
RICHARD KARLTON,
                                    :
            Defendant.
-----------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby ORDERED that a conference has been rescheduled in the above-captioned action for **THURSDAY, OCTOBER 8, 2009, at 10:00 A.M.**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

**Dated: New York, New York**
      **September 17, 2009**

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Colleen Mary Duffy, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
Three Gateway Center
100 Mulberry Street
Newark, NJ 07102

Steven Paul Del Mauro, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
88 Pine Street
24 floor
New York, NY 10005

Brett Boydell Theis, Esq.
Rosenberg & Estis
733 3rd Avenue
New York, NY 10017